IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY WAKEFIELD,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | **4:13CV3112**<br><br>**MEMORANDUM AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff must serve his complaint on the defendant within 120 days of filing the lawsuit. To date, plaintiff has not filed any return of service indicating service on the defendant, and the defendant has not entered a voluntary appearance

Accordingly,

IT IS ORDERED:

1) The plaintiff is given 30 days, or until November 22, 2013, to serve his summons and complaint on the defendant, in the absence of which this case may be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2) The clerk shall set a case management deadline of November 25, 2013 to verify compliance with this order.

October 23, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge