IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY WAKEFIELD,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 4:13CV3112<br><br>MEMORANDUM AND ORDER |

  The United States has moved to strike the plaintiff's jury demand on his claims for recovery under the Federal Tort Claims Act. (Filing No. 14). The plaintiff has not responded to the motion, and the deadline for responding has passed. The motion is fully submitted.

  Parties are not entitled to a jury trial in most actions against the United States, (see 28 U.S.C. § 2402), including actions pursued under the Federal Tort Claims Act. U.S. v. Neustadt, 366 U.S. 696, 701 n. 10 (1961) ("There is no right to a jury trial under the Tort Claims Act."). See also Mader v. U.S., 654 F.3d 794, 797 n. 1 (8th Cir. 2011) ("FTCA actions must be tried to a judge, not a jury").

  IT IS ORDERED that the United States' motion to strike the plaintiff's jury demand, (Filing No. 14), is granted.

February 4, 2014.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.